```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX003539
Cashier ID: sq
Transaction Date: 08/16/2007
Payer Name: FAIRFIELD AND WOODS
------------------------------------
CIVIL FILING FEE
 For: FAIRFIELD AND WOODS
 Amount:          $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

07-CV-1726

A fee of $45.00 will be assessed on
any returned check.
```