## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

VIDEO PROFESSOR, INC., a Colorado corporation,

Plaintiff,

v.

JOHN AND JANE DOES 1 THROUGH 100,
JOHN DOE CORPORATIONS 1 THROUGH 10, and
OTHER JOHN DOE ENTITIES 1 THROUGH 10,
all whose true names are unknown,

Defendants.

_____

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

_____

Plaintiff Video Professor, Inc. pursuant to D.C.Colo.LCivR 7.4 states that no publicly

held entity owns ten percent or more of Plaintiff's stock.

Respectfully submitted this 16th day of August, 2007.

*s/ Gregory C. Smith*
Gregory C. Smith
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Telephone: (303) 830-2400
Facsimile: (303) 830-1033

ATTORNEYS FOR PLAINTIFF