IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

VIDEO PROFESSOR, INC., a Colorado corporation,

Plaintiff,

v.

JOHN AND JANE DOES 1 THROUGH 100,
JOHN DOE CORPORATIONS 1 THROUGH 10, and
OTHER JOHN DOE ENTITIES 1 THROUGH 10,
all whose true names are unknown,

Defendants.

---

**MOTION FOR ORDER AUTHORIZING DISCOVERY
PURSUANT TO FED.R.CIV.P. 26(d)**

---

Plaintiff, Video Professor, Inc. ("VPI"), through counsel, pursuant to Fed.R.Civ.P. 26(d) moves the Court for an order authorizing discovery by VPI before the parties have conferred as required by Rule 26(f), and states:

1.   This action is brought under the Lanham Act to remedy acts of commercial disparagement, false advertising, and misrepresentation caused by Defendants' unauthorized Internet disparagement of VPI and its products.

2.   Each of the Defendants has posted false and defamatory messages concerning VPI on various Internet bulletin boards, including infomercialscams.com, ripoffreport.com, and familyfirst.com.

3. Because the actual names and addresses of the persons having posted the messages are not disclosed on the bulletin boards, VPI brings the lawsuit against the defendants identified at this juncture as John and Jane Defendants.

4. Identifying information, such as IP name and email address, concerning the Defendants is available from the operators of the bulletin boards.

5. Prior to filing the instant lawsuit, VPI wrote to the various bulletin board operators requesting they identify the persons that posted messages concerning VPI on their Internet bulletin boards. These requests were refused.

6. Therefore, VPI seeks the Court's authorization to conduct discovery from the bulletin board operators to identify the Defendants. The anticipated discovery would consist of third party subpoenas issued under Fed.R.Civ.P. 45 requiring the production of evidence and permitting the inspection or copying of electronically stored information, books, papers, documents or tangible things that relate to the identity of all persons having posted messages on such third parties' bulletin boards relating or referring to Video Professor, Inc., including the names, email addresses, physical addresses, and IP addresses of all such persons.

7. When the names of the defendants are determined, VPI will amend its complaint to reflect the actual names of the defendants and proceed with service of process on them.

8. A proposed Order is submitted herewith for the Court's convenience.

Wherefore, VPI moves the Court pursuant to Fed.R.Civ.P. 26(d), prior to the parties having conferred as required by Rule 26(f), for an order permitting VPI to subpoena various bulletin board operators to produce the information specified in paragraph 6 above.

Respectfully submitted this 16th day of August 2007.

        *s/ Gregory C. Smith*
        Gregory C. Smith
        Fairfield and Woods, P.C.
        1700 Lincoln Street, Suite 2400
        Denver, CO 80203
        Telephone: (303) 830-2400
        Facsimile: (303) 830-1033

        ATTORNEYS FOR PLAINTIFF