# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

VIDEO PROFESSOR, INC., a Colorado corporation,

Plaintiff,

v.

JOHN AND JANE DOES 1 THROUGH 100,
JOHN DOE CORPORATIONS 1 THROUGH 10, and
OTHER JOHN DOE ENTITIES 1 THROUGH 10,
all whose true names are unknown,

Defendants.

---

**ORDER**

---

    THIS MATTER comes before the Court on the Plaintiff's Motion for Order Authorizing Discovery Pursuant to Fed.R.Civ.P. 26(d) filed with the Court on August 16, 2007 ("Motion"). Having reviewed the Motion, and upon consideration thereof and good cause being shown, the Court hereby grants the Motion.

    IT IS HEREBY ORDERED that Plaintiff is authorized to conduct discovery, before the parties have conferred as required by Rule 26(f), in the form of third party subpoenas under Fed.R.Civ.P. 45 commanding that such third parties produce evidence or permit inspection or copying of electronically stored information, books, papers, documents or tangible things that relate to the identity of all persons having posted messages on such third parties' bulletin boards relating or referring to Video Professor, Inc., including the names, email addresses, physical addresses, and IP addresses of all such persons.

    Dated this _____ day of _____ 2007.

                                                                        BY THE COURT:

                                                                         _____
                                                                         District Court Judge