✎ AO 120 (Rev. 2/99)

|  |  |
|---|---|
| TO:<br><br>**Commissioner of Patents**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450**<br>or<br>**Commissioner of Trademarks**<br>**P.O. Box 1451**<br>**Alexandria, VA 22313-1451** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Colorado_____ on the following

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 07-cv-01726-WYD-CBS | 8/16/2007 | **FOR THE DISTRICT OF COLORADO** |

| PLAINTIFF | DEFENDANT |
|---|---|
| VIDEO PROFESSOR, INC. | JOHN AND JANE DOES 1 THROUGH 100, ET AL. |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | **Please see copy of Complaint attached hereto** |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | G Amendment    G Answer    G Cross Bill    G Other Pleading |

| | PATENT OR | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| **GREGORY C. LANGHAM** | | |

**Copy 1**—Upon initiation of action, mail this copy to Commissioner    **Copy 3**—Upon termination of action, mail this copy to Commissioner
**Copy 2**—Upon filing document adding patent(s), mail this copy to Commissioner    **Copy 4**—Case file copy

Dockets.Justia.com

Case 1:07-cv-01726-WYD-CBS    Document 4    Filed 08/16/2007    Page 2 of 2