IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01726-WYD-CBS

VIDEO PROFESSOR, INC.,
a Colorado corporation,

      Plaintiff,

v.

JOHN AND JANE DOES 1 THROUGH 100;
JOHN DOE CORPORATIONS 1 THROUGH 10; and
OTHER JOHN DOE ENTITIES 1 THROUGH 10,
all whose true names are unknown,

      Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Motion for Order Authorizing Discovery Pursuant to FED.R.CIV.P. 26(d) (*doc. no. 3*) is **GRANTED**.

      IT IS FURTHER ORDERED that Plaintiff is authorized to conduct discovery, before the parties have conferred as required by rule 26(f), in the form of third party subpoenas under FED.R.CIV.P. 45 commanding that such third parties produce evidence or permit inspection or copying of electronically stored information, books, papers, documents or tangible things that relate to the identity of all persons having posted messages on such third parties' bulletin boards relating or referring to Video Professor, Inc. including names, email addresses, physical addresses, and IP addresses of all such persons.

      IT IS FURTHER ORDERED that a telephonic status conference is set for **September 27, 2007 at 11:30 a.m. (Mountain Time)**. Counsel shall contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**      August 23, 2007

Dockets.Justia.com