# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-01726-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  September 27, 2007** | **Courtroom Deputy: Bernique Abiakam** |

VIDEO PROFESSOR, INC.,                    Gregory C. Smith, via telephone
a Colorado corporation,

    **Plaintiff,**

    v.

JOHN AND JANE DOES 1 THROUGH 100, *et al.,*     No appearance

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session: 11:29 a.m.**
Court calls case.  Appearance of plaintiff's counsel.  No appearance for defendants.

Counsel discuss the status of the case with the Court.

Mr. Smith advises the Court regarding service of parties to the case.

**Court in Recess: 11:35 a.m.**
HEARING CONCLUDED
Total In-Court Time:     00:06